NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINCOLN ELECTRIC COMPANY AND LINCOLN GLOBAL, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**THE ESAB GROUP, INC.,**
*Intervenor,*

**and**

**SIDERGAS SPA,**
*Intervenor.*

.

---

2011-1087

---

Appeal from the United States International Trade Commission in No. 337-TA-686.

---

**JUDGMENT**

---

TERRANCE J. WIKBERG, Perkins Coie, LLP, of Washington, DC, argued for appellants. With him on the brief were JAMES B. COUGHLAN and BRANDON M. WHITE; and DAN L. BAGATELL, of Phoenix, Arizona.

JIA CHEN, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were JAMES LYONS, General Counsel and MICHELLE KLANCNIK, Acting Assistant General Counsel.

BLAS P. ARROYO, Alston & Bird, LLP, of Charlotte, North Carolina, argued for all intervenors. With him on the brief for intervenor ESAB Group, Inc was MATTHEW SCOTT STEVENS; and STEPHEN B. MOSIER, NORMAN P. SOLOWAY and CLARK EDWARD PROFFITT, Hayes Soloway P.C., of Tucson, Arizona, for intervenor Sidergas SpA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 18, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |